AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Karen Brown | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 15 Civ. 4091 (PKC) |
| City of New York et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KAREN BROWN, as Administratrix of the Estate of the Decedent BARRINGTON WILLIAMS and individually.

Date: 10/3/2016

s/ Joshua S. Moskovitz
*Attorney's signature*

Joshua S. Moskovitz (JM3635)
*Printed name and bar number*

Bernstein Clarke & Moskovitz PLLC
222 Broadway, 19th Floor
New York, New York 10038
*Address*

moskovitz@bcmlaw.com
*E-mail address*

(212) 321-0087 Ext. 3
*Telephone number*

(917) 722-0930
*FAX number*