

# LEVENTHAL
## LAW GROUP

125 MAIDEN LANE, SUITE 5C
NEW YORK, NEW YORK 10038

T (718) 556-9600
F (718) 522-3225

January 29, 2020

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

*Docket in both cases*

Re:   *Karen Brown v. City of New York*, No. 15-cv-4091, 16-cv-7270 (PKC) (GWG)

Your Honor:

Together with Joshua S. Moskovitz, Esq., I represent the plaintiff in the above-referenced actions and write on behalf of the parties to confirm that the parties have agreed to a settlement in principle. The Limited Letters of Administration issued to plaintiff by the Surrogate's Court authorizing her to prosecute these actions also require her to petition the Surrogate for authority to compromise the claims. Plaintiff will promptly file a petition with the Surrogate's Court requesting such authority. Once plaintiff receives said authority, plaintiff will file a proposed Compromise Order with the Court. As such, plaintiff respectfully requests that the Court set a deadline of March 16, 2020 for plaintiff to file her proposed Compromise Order or to file a status letter with the Court.

We appreciate the Court's attention to this matter.

Respectfully,

/s

Jason Leventhal
LEVENTHAL LAW GROUP, P.C.

Joshua S. Moskovitz
BERNSTEIN CLARKE & MOSKOVITZ PLLC

cc:   Angharad K. Wilson
      Qiana Smith-Williams

*Application granted. All pending motions, including the motion for summary judgment, the motion for sanctions (Doc 234), the letter motion for oral argument are deemed withdrawn without prejudice to refiling on submission if the settlement is not consummated in 60 days. SO ORDERED. /s/ PKC, USDJ 1-29-20*