

125 MAIDEN LANE, SUITE 5C
NEW YORK, NEW YORK 10038

T (718) 556-9600
F (718) 522-3225

Application GRANTED.

SO ORDERED.
March 30, 2020

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

March 30, 2020

BY ECF

Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    *Karen Brown v. City of New York*, No. 15-cv-4091, 16-cv-7270 (PKC) (GWG)

Your Honor:

    Together with Joshua S. Moskovitz, Esq., I represent the plaintiff, Karen Brown, in the above-referenced actions and write to request a 30-day extension of time to file plaintiff's compromise petition as she needs additional time to finalize her petition. There are presently no scheduled conferences before the Court on this matter.

    On January 30, 2020, the Court set today, March 30, 2020, as the deadline for the parties to consummate the settlement. This is the first request to extend this deadline and defendants' consent.

    We appreciate the Court's attention to this matter.

                Respectfully,

                /s

                Jason Leventhal
                LEVENTHAL LAW GROUP, P.C.

                Joshua S. Moskovitz
                BERNSTEIN CLARKE & MOSKOVITZ PLLC

cc:    Angharad K. Wilson
       Qiana Smith-Williams